# In the United States Court of Federal Claims

No. 13-590 C

(Filed October 23, 2013)

```
* * * * * * * * * * * * * * * * * * * *
CAMINE J. PUCCIARIELLO,         *
                                *
            Plaintiff,          *
                                *
      v.                        *
                                *
THE UNITED STATES,              *
                                *
            Defendant.          *
* * * * * * * * * * * * * * * * * * * *
```

## ORDER

On October 23, 2013, defendant filed an Unopposed Motion Out of Time for an Enlargement of Time of thirty-one days, to and including November 18, 2013, within which to respond to plaintiff's complaint in this matter. For good cause shown, it is hereby **ORDERED** that defendant's motion is **GRANTED**.

/s/Lynn J. Bush
LYNN J. BUSH
Senior Judge